## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRED HOLABIRD, et al., | ) | 3:14-CV-0262-HDM (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 24, 2016 |
| DONALD KAGIN, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion to strike evidence submitted in support plaintiffs' reply to motion to compel (#83). Plaintiffs opposed the motion (#86), and defendants replied (#91).

**IT IS ORDERED** that defendants' motion to strike evidence (#83) is **DENIED**.

**IT IS SO ORDERED**.

                                          LANCE S. WILSON, CLERK

                                    By:       /s/
                                          Deputy Clerk