1  Dan C. Bowen, Esq. (SBN 1555)
   Ann O. Hall, Esq.   (SBN 5447)
2  BOWEN HALL
   555 South Center Street, Reno, NV 89501
3  TEL: (775) 323-8678 | FAX: (775) 786-6631
   EML: dbowen@bowenhall.com
4          ahall@bowenhall.com

5  *Attorneys for Plaintiff.*

6  Jerry Carter, Esq.
   LAW OFFICES OF JERRY CARTER, PC
7  201 West Liberty Street, Suite 200, Reno, NV 89501
   T/N = (775) 448-6070, FAX = (888) 506-9058
8  EML = jerry@jerrycarterlaw.com

9          and

10 Armen R. Vartian
   LAW OFFICES OF ARMEN R. VARTIAN
11 1601 N. Sepulveda Blvd., # 581, Manhattan Beach, CA 90266
   TEL: (310) 372-1355 | FAX: (310) 000-0000
12 EML: armen@vartianlaw.com

13 *Counsel for Defendants.*



FILED OCT - 3 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FRED HOLABIRD, an individual; ROBIN HOLABIRD, an individual,

Plaintiffs,

vs.

DONALD H. KAGIN, an individual; KAGIN'S INC., a California corporation; ADAM KAGIN, an individual; HOLABIRD-KAGIN AMERICAN, INC., a California corporation qualified to do business in Nevada; BLACK CORPORATIONS 1-5; JOHN DOES 1-5,

Defendants.

Case No. 3:14-cv-00262-HDM-VPC

**STIPULATION/ORDER EXTENDING THE DEADLINE FOR RESPONSE TO DEFENDANTS' FOURTH SET OF REQUESTS FOR PRODUCTION**

The parties hereto, through their respective undersigned counsel of record -- DAN C. BOWEN, Esq. on behalf of plaintiffs and JERRY CARTER, Esq. on behalf of defendants -- hereby stipulate and agree that Plaintiffs may have to, and including, October 21, 2016, within which to respond to *Defendants' Fourth Set of Requests for Production of Documents to Plaintiff Fred Holabird.*

///

## AFFIRMATION

The undersigned hereby affirm that the preceding document does not contain the social security number of any person.

SO STIPULATED:

this _____ day of _____September_____, 2016.

BOWEN HALL

_____
Dan C. Bowen
*Counsel for Plaintiffs.*

this __29th__ day of _____September_____, 2016.

LAW OFFICES OF JERRY CARTER, PC

_____
Jerry Carter
*Counsel for Defendants.*

IT IS SO ORDERED

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: __October 3__, 2016.