Jerry C. Carter (NSB 5905)
jerry@jerrycarterlaw.com
LAW OFFICES OF JERRY CARTER, P.C.
201 West Liberty Street, Suite 200
Reno, Nevada 89501
Telephone: (775) 448-6070
Facsimile: (888) 506-9058

*Counsel for Defendants and Counterclaimant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRED HOLABIRD, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD H. KAGIN, an individual, et al.,<br><br>    Defendants.<br>_____/<br>KAGIN'S INC., a California corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>FRED HOLABIRD,<br><br>    Counter-Defendant.<br>_____/ | Case No. 3:14-cv-00262-HDM-VPC<br><br>**ORDER GRANTING DEFENDANTS' / COUNTERCLAIMANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO PLAINTIFF'S / COUNTER-DEFENDANT'S MOTION FOR HEARING TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**(First Request)** |

This matter comes before the Court on Defendants' / Counterclaimants' Motion for Extension of Time in Which to File Opposition to Plaintiff's / Counter-Defendant's Motion for Hearing to Enforce Settlement Agreement (first request).

Good cause appearing, it is hereby ORDERED that the time in which Defendants may file their Opposition to Plaintiff's / Counter-Defendant's Motion for Hearing to Enforce Settlement Agreement (ECF No. 187) is extended to and including April 3, 2018.

DATED this __29th__ day of __March_____, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

1