# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRED HOLABIRD, | 3:14-CV-0262-HDM (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | April 5, 2018 |
| DONALD KAGIN, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the motion for hearing to enforce settlement agreement (ECF No. 187) and the response thereto (ECF Nos. 190, 191, & 192). The motion to enforce settlement agreement (ECF No. 187) is **DENIED without prejudice**. The court finds that the parties have not met and conferred in a good faith effort to resolve this dispute without involvement of the court.

The parties together with their attorneys are ordered to meet and confer either in person or telephonically in a good faith effort to resolve this dispute. If after the parties and counsel meet and confer they are unable to reach agreement, a motion to enforce settlement agreement may be refiled with specific detailed descriptions the efforts expended to meet and confer and the precise relief requested by the court.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk