Jerry C. Carter (NSB 5905)
jerry@jerrycarterlaw.com
LAW OFFICES OF JERRY CARTER, P.C.
201 West Liberty Street, Suite 200
Reno, Nevada 89501
Telephone: (775) 448-6070
Facsimile: (888) 506-9058

*Counsel for Defendants and Counterclaimant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRED HOLABIRD, an Individual; and ROBIN HOLABIRD, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>DONALD H. KAGIN, an individual; KAGIN'S INC., a California corporation; ADAM KAGIN, an individual; HOLABIRD-KAGIN AMERICANA, INC., a California corporation; BLACK CORPORATIONS 1-5; AND JOHN DOES 1-5,<br><br>    Defendants.<br>_____/<br><br>KAGIN'S INC., a California corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>FRED HOLABIRD,<br><br>    Counter-Defendant.<br>_____/ | Case No. 3:14-cv-00262-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO FILE OBJECTIONS TO THE DECEMBER 18, 2018 REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE (ECF NO. 234)**<br><br>**(first request)** |

Plaintiff Fred Holabird ("Plaintiff") and Defendants Donald Kagin ("Don" or "Kagin"), Kagin's, Inc. ("Kagin's"), Adam Kagin ("Adam"), and Holabird-Kagin Americana, Inc. ("HKA") (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate that the date for the parties to file their Objections to the December 18, 2018 Report

1

and Recommendation of U.S. Magistrate Judge (ECF NO. 234) is extended to and including January 11, 2019.

This extension of time is not sought for purposes of delay. Rather, it is sought in light of the holiday season and to enable the parties to have adequate time in which to prepare their respective objections.

DATED this 31st day of December, 2018.

BOWEN HALL
Counsel for Plaintiffs and Counterdefendant

By: /s/ Dan C. Bowen
DAN C. BOWEN
555 South Center Street
Reno, NV 89501

DATED this 31st day of December, 2018.

LAW OFFICES OF JERRY CARTER, P.C.
Counsel for Defendants and Counterclaimant

By: /s/ Jerry C. Carter
JERRY C. CARTER
201 West Liberty Street, Suite 200
Reno, Nevada 89501

**ORDER**

Based on the Stipulation of the Parties, and good cause appearing, it is hereby ordered that the date for the parties to file their Objections to the December 18, 2018 Report and Recommendation of U.S. Magistrate Judge (ECF NO. 234) is extended to and including January 11, 2019.

Dated this __2nd__ day of January, 2019.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of LAW OFFICES OF JERRY CARTER, P.C., and on this date the within document entitled STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO FILE OBJECTIONS TO THE DECEMBER 18, 2018 REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE (ECF NO. 234) (first request) was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorneys of record set forth below:

Dan C. Bowen, Esq.
Bowen Hall
5595 Kietzke Ln, Suite 114
Reno, NV 89511
dbowen@bowenhall.com
*Attorneys for Plaintiff*

DATED this 31st day of December, 2018.

/s/ Jerry C. Carter