UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRED HOLABIRD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DONALD KAGIN, et al.,<br><br>　　　　　Defendants. | Case No. 3:14-cv-00262-HDM-CBC<br><br>ORDER |

The Magistrate Judge's Report and Recommendation has been filed with the court and the parties have filed their objections to the Report. The Report and Recommendation does not address the request for attorneys fees made by the plaintiff during the evidentiary hearing and in his Proposed Findings of Fact. Accordingly, the plaintiff shall have until March 19, 2019 within which to file a motion for fees and costs. The defendant shall respond to any such motion by April 2, 2019 and the plaintiff shall file a reply by April 9, 2019. Any motion for fees shall address Local Rule 54-14.

**IT IS SO ORDERED.**

DATED THIS 26th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE

1