Jerry C. Carter (NSB 5905)
jerry@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
Facsimile:
*Counsel for Defendants and Counterclaimant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

FRED HOLABIRD, an Individual,

Plaintiff,

vs.

DONALD H. KAGIN, an individual, et al.,

Defendants.
_____/

KAGIN'S INC., a California corporation,

Counterclaimant,

vs.

FRED HOLABIRD,

Counter-Defendant.
_____/

Case No. 3:14-cv-00262-HDM-CBC

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO POST SUPERSEDEAS BOND**
**(First Request)**

Plaintiff Fred Holabird and Defendant/Counterclaimant Kagin's, Inc. and Defendants Donald Kagin, Adam Kagin, and Holabird-Kagin Americana, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate that the Rule 62(a) automatic stay of execution on the Judgment (ECF No. 250) and proceedings to enforce it and the corresponding time for Defendants/Counterclaimant to post their supersedeas bond are extended to and including May 31, 2019.

///

///

///

1

This extension of time is not sought for purposes of delay. Defendants are in the process of obtaining the supersedeas bond pursuant to Rule 62(b). The stipulated extension is sought to provide Defendants adequate time in which to finish collateralizing their bond.

DATED this 16th day of May, 2019.

BOWEN HALL
Counsel for Plaintiffs and Counterdefendant

By: */s/ Dan C. Bowen*
DAN C. BOWEN
555 South Center Street
Reno, NV 89501

DATED this 16th day of May, 2019.

LAW OFFICES OF JERRY CARTER, P.C.
Counsel for Defendants and Counterclaimant

By: */s/ Jerry C. Carter*
JERRY C. CARTER
201 West Liberty Street, Suite 200
Reno, Nevada 89501

### **ORDER**

Based on the Stipulation of the Parties, and good cause appearing, it is hereby ordered that the Rule 62(a) automatic stay of execution on the Judgment (ECF No. 250) and proceedings to enforce it and the corresponding time for Defendants/Counterclaimant to post their supersedeas bond are extended to and including May 31, 2019.

Dated this  17th  day of May, 2019.

UNITED STATES DISTRICT JUDGE