Jerry C. Carter (NSB 5905)
jerry@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
Facsimile:
   *Counsel for Defendants and Counterclaimant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

FRED HOLABIRD, an Individual,

                Plaintiff,

vs.

DONALD H. KAGIN, an individual, et al.,

                Defendants.
_____/

KAGIN'S INC., a California corporation,

                Counterclaimant,

vs.

FRED HOLABIRD,

                Counter-Defendant.
_____/

Case No. 3:14-cv-00262-HDM-CBC

**STIPULATION AND ORDER FOR APPROVAL OF SUPERSEDEAS BOND AND FOR STAY OF EXECUTION**

      Plaintiff Fred Holabird ("Plaintiff") and Defendant/Counterclaimant Kagin's, Inc. and Defendants Donald Kagin, Adam Kagin, and Holabird-Kagin Americana, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 62(b) and LR 65.1-3, hereby stipulate as follows:

      WHEREAS, the United States District Court for the State of Nevada entered its Judgment in a Civil Case (the "Judgment") on April 17, 2019, in favor of Plaintiff, and against Defendants;

      WHEREAS, under the Judgment, Defendants are liable for $600,215.10 including costs and attorneys' fees;

      WHEREAS, Defendants filed a Notice of Appeal of the Judgment against them with the Ninth Circuit Court of Appeals (Case No. 19-15982) on May 7, 2019 (ECF No. 255);

1

WHEREAS, the parties to the judgment have previously stipulated to the posting of a bond in the amount of $649,000 staying execution of the Judgment against Defendants during the pendency of the appeal;

WHEREAS, a true and correct copy of Defendant's Undertaking for Appeal is attached hereto as EXHIBIT 1; and

WHEREAS, the parties agree to stay execution of the Judgment against Defendants pending the exhaustion of all appellate remedies, including any review by the Ninth Circuit Court of Appeals;

NOW THEREFORE, Plaintiff and Defendants hereby stipulate as follows:

1. The Undertaking for Appeal attached hereto as EXHIBIT 1 is approved.
2. Execution of the April 17, 2019 Judgment against Defendants is and shall be stayed pending the exhaustion of all appellate remedies, including any review by the Ninth Circuit Court of Appeals.
3. Counsel for Defendants will hold the original Undertaking for Appeal pending the exhaustion of all appellate remedies, including any review by the Ninth Circuit Court of Appeals, after which counsel for Defendants will turn the original Undertaking for Appeal over to counsel for Plaintiff upon written demand if Plaintiff has prevailed on appeal.
4. The return of goods or items by Plaintiff to Defendants as set forth in the Report and Recommendation of U.S. Magistrate Judge filed December 18, 2018 (ECF No. 234), in footnote 3 on page 18, is not stayed.

DATED this 31st day of May, 2019.

        BOWEN HALL
        Counsel for Plaintiffs and Counterdefendant

        By: */s/ Dan C. Bowen*
        DAN C. BOWEN
        555 South Center Street
        Reno, NV 89501

DATED this 31st day of May, 2019.

LAW OFFICES OF JERRY CARTER, P.C.
Counsel for Defendants and Counterclaimant

By: */s/ Jerry C. Carter*
JERRY C. CARTER
201 West Liberty Street, Suite 200
Reno, Nevada 89501

## **ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore, it is hereby ordered as follows:

1. The Undertaking for Appeal attached hereto as EXHIBIT 1 is approved.

2. Execution of the April 17, 2019 Judgment against Defendants is and shall be stayed pending the exhaustion of all appellate remedies, including any review by the Ninth Circuit Court of Appeals.

3. Counsel for Defendants will hold the original Undertaking for Appeal pending the exhaustion of all appellate remedies, including any review by the Ninth Circuit Court of Appeals, after which counsel for Defendants will turn the original Undertaking for Appeal over to counsel for Plaintiff upon written demand if Plaintiff has prevailed on appeal.

4. The return of goods or items by Plaintiff to Defendants as set forth in the Report and Recommendation of U.S. Magistrate Judge filed December 18, 2018 (ECF No. 234), in footnote 3 on page 18, is not stayed.

Dated this  31st  day of   May           , 2019.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE

# Holabird vs Kagin

Case No. 3:14-cv-00262-HDM-CBC

**STIPULATION AND ORDER FOR APPROVAL OF SUPERSEDEAS BOND AND FOR STAY OF EXECUTION**

### Exhibit Index

| Exhibit Number | Exhibit Description | Number of Pages |
|---|---|---|
| 1 | Undertaking for Appeal | 3 |

# EXHIBIT 1

# EXHIBIT 1

# U.S. Specialty Insurance Company

THE UNITED STATES DISTRICT COURT, DISTRICT OF __Nevada__

| | |
|---|---|
| FRED HOLABIRD, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD KAGIN, et al., )<br>)<br>Defendants )<br>)<br>)<br>) | No. __3:14-cv-00262-HDM-CBC__<br><br>UNDERTAKING FOR APPEAL |

WHEREAS, the named __Donald Kagin_____ desire(s) to give undertaking for __Appeal of Court Order entered on April 17, 2019_____ as provided by Rule 62 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to __Fred Holabird__
-----------------------------------------------------------
-----------------------------------------------------------

under said statutory obligations in the sum of __Six Hundred Forty Nine Thousand and 00/100__
_____ Dollars ($ __649,000.00__ ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this __28th__ day of __May__, __2019__.

BOND NO. __1001075823__

PREMIUM: __9,735.00__

BY: ___Daniel Huckabay_____ Attorney-in-fact

U.S. Specialty Insurance Company
801 S. Figueroa Street, Suite 700
Los Angeles, CA 90017
310-649-0990

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Orange_____)

On __May 28, 2019_____ before me, __Rudy Urieta, Notary Public_____
(insert name and title of the officer)

personally appeared _____Daniel Huckabay_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Rudy Urieta

RUDY URIETA
COMM. #2159828
Notary Public-California
ORANGE COUNTY
My Comm. Expires Jul 14, 2020

# POWER OF ATTORNEY
**AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY**

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Daniel Huckabay, Arturo Ayala, Dwight Reilly, Shaunna Rozelle Ostrom or Frank Morones**
**of Orange, California**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed \*\*\*\*\*\*\* Twenty Million \*\*\*\*\*\*\*\* Dollars ($ \*20,000,000.00\* )**. This Power of Attorney shall expire without further action on November 3, 2019. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved*, that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved*, that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 1st day of November, 2016.

**AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY**

Corporate Seals

By: _____
Daniel P. Aguilar, Vice President

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California
County of Los Angeles   SS:

On this 1st day of November, 2016, before me, Sabina Morgenstein, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

SABINA MORGENSTEIN
Commission # 2129258
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2019

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this __28th__ day of ____May____, 2019.

Corporate Seals

Bond No. __1001075823__
Agency No. ____8472____

Kio Lo, Assistant Secretary